**SO ORDERED.**

**SIGNED this 5 day of September, 2018.**

_____
**Joseph N. Callaway
United States Bankruptcy Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### GREENVILLE DIVISION

| | |
|---|---|
| **IN RE:** | **CASE NO.** |
| **JUAN SANCHEZ HYMAN** | **18-03639-5-JNC** |
| | **CHAPTER 13** |
| **DEBTOR** | |

## ORDER DISMISSING CASE

Pending before the court is the Order to Show Cause for Failure to File a Chapter 13 Plan issued on July 23, 2018, D.E. 17.  A hearing was noticed for and took place on September 5, 2018 in Greenville, North Carolina.  The pro se debtor failed to appear at the hearing, and a Chapter 13 plan has not been filed by him as ordered.  Accordingly, the show cause order is allowed, and this case is **DISMISSED**.

**END OF DOCUMENT**